| | |
|---|---|
| **To:** | The Honorable Frank D. Whitney<br>Chief U.S. District Court Judge |
| **From:** | Brandon Peeler<br>U.S. Probation Officer |
| **Subject:** | Marshari Tyshaune Teal<br>Case Number: 0419 3:05CR00402-001<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:** | 8/7/2018 |



NORTH CAROLINA WESTERN
MEMORANDUM

---

The defendant pled guilty to Conspiracy to Possess With Intent to Distribute Cocaine, 21 U.S.C. § 846 and 841(b)(1)(A), Possession of a Firearm During and In Relation to a Drug Trafficking Crime and Aid and Abet Same, 18 U.S.C. § 924(c) and 2, Possession of Firearm by Felon, 18 U.S.C. § 922(g)(1). He was sentenced on July 10, 2007 by Your Honor to Count 1 for ONE HUNDRED and TWENTY-ONE (121) MONTHS, Count 3 for SIXTY (60) MONTHS to run concurrently with Count 1, and Count 4 for ONE HUNDRED TWENTY (120) MONTHS to run concurrently with Count 1. In addition, the defendant was ordered to a term of supervised release for a period of FIVE (5) YEARS on Counts 1 and 3, and THREE (3) YEARS on Count 4 to run concurrently with Counts 1 and 3. The defendant began his term of supervised release in the Western District of North Carolina on June 26, 2014.

The defendant respectfully requests that Your Honor allow him to travel outside the United States of America for a personal vacation. He is requesting that travel be granted to the country of Jamaica from December 14, 2018 through December 17, 2018. As of the date of this request, the defendant is in full compliance with the conditions of supervision. He has maintained full time employment since the commencement of his term of supervised release. The defendant recently purchased a tractor trailer and has started his own trucking business. The defendant has passed all urinary analysis screens and complied with the drug testing condition. All monies owed in the case have been paid in full. The defendant always makes himself available for supervision. This United States Probation Officer believes that the defendant is doing exceptionally well with making prosocial decisions that will better his life.

If travel is granted by Your Honor, the defendant was instructed to provide all travel related information to this officer to include his air travel itinerary and the hotel at which he will be staying. It is respectfully requested that Your Honor grant the defendant a personal vacation with his family outside the United States of America for the dates provided.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7620, should you have any questions.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other


Signed: August 7, 2018

*Frank D. Whitney* (signature)

Frank D. Whitney
Chief United States District Judge